643-15

# ELECTRONIC RECORD

COA # 01-14-00392-CR    OFFENSE: 22.02 (Aggravated Assault)

STYLE: Chance Roach v. The State of Texas    COUNTY: Harris

COA DISPOSITION: AFFIRM    TRIAL COURT: 185th District Court

DATE: 04/16/2015    Publish: NO    TC CASE #: 1394753

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Chance Roach v. The State of Texas    CCA #: 643-15

_____APPELLANT'S Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

REFUSED    JUDGE: _____

DATE: 09/16/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**